THE GRAMATAN NATIONAL BANK AND TRUST COMPANY OF BRONXVILLE, Appellant, *v.* COUNTY OF WEST-CHESTER et al., Respondents.

(Argued March 8, 1933; decided April 11, 1933.)

*William L. Rumsey* for appellant.

*William A. Davidson* for County of Westchester, respondent.

*Thomas G. Flaherty, William C. Olsen* and *Chester B. McLaughlin* for Village of Bronxville et al., respondents.

Order affirmed, with costs, on authority of *Peoples National Bank & Trust Company* v. *County of Westchester* (261 N. Y. 342) and question certified answered " No." No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.